# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fitzgerald, Michael W. | United States District Court, Central District of California | 05/19/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

350 West First Street
Room 5250
Los Angeles, California 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and President | Federal Bar Association, Los Angeles Chapter |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/19/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓     NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐     NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | NALEO Education Fund; salary |
| 2. | 2019 | State of California, In-Home Supportive Services; miscellaneous income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓     NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fitzgerald, Michael W.** | 05/19/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Revolving Credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America -- Cash Accounts | A | Interest | J | T | | | | | |
| 2. Union Bank -- Cash Account | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. Brokerage Account #2 (Personal) (H) | | | | | | | | | |
| 5. Elements Int'l Small Cap (ELISX) | | None | | | Sold (part) | 01/24/19 | J | | |
| 6. | | | | | Sold (part) | 07/15/19 | J | | |
| 7. | | | | | Sold | 10/09/19 | J | | |
| 8. Schwab Amt TF MMF (SWFXX) (Y) | | | | | | | | | |
| 9. Vanguard FTSE All World Ex US (VFSAX) | A | Dividend | J | T | Buy | 10/09/19 | J | | |
| 10. | | | | | Sold (part) | 10/30/19 | J | | |
| 11. | | | | | | | | | |
| 12. Brokerage Account #3 (IRA) (H) | | | | | | | | | |
| 13. Doubleline Strategic (DBCMX) | A | Dividend | K | T | Buy (add'l) | 07/17/19 | K | | |
| 14. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 15. | | | | | Sold (part) | 11/19/19 | K | | |
| 16. Doubleline Total Return (DBLTX) | B | Dividend | K | T | Sold (part) | 01/04/19 | J | | |
| 17. | | | | | Buy (add'l) | 07/17/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 11/19/19 | K | | |
| 19. Elements International (ELINX) | B | Dividend | L | T | Sold<br>(part) | 04/01/19 | K | | |
| 20. | | | | | Sold<br>(part) | 07/12/19 | J | | |
| 21. | | | | | Sold<br>(part) | 11/19/19 | K | | |
| 22. Elements Emerging Mkts (ELMMX) | B | Dividend | K | T | Sold<br>(part) | 07/08/19 | J | | |
| 23. Elements Int'l Small Cap Port (ELISX) | B | Dividend | L | T | Sold<br>(part) | 07/08/19 | J | | |
| 24. Elements US Port (ELUSX) | D | Dividend | N | T | Sold<br>(part) | 01/04/19 | K | | |
| 25. | | | | | Buy<br>(add'l) | 01/15/19 | K | | |
| 26. | | | | | Sold<br>(part) | 04/01/19 | L | | |
| 27. | | | | | Sold<br>(part) | 05/28/19 | K | | |
| 28. | | | | | Buy<br>(add'l) | 07/17/19 | K | | |
| 29. | | | | | Sold<br>(part) | 11/19/19 | M | | |
| 30. Elements US Small Cap (ELSMX) | A | Dividend | K | T | Sold<br>(part) | 01/04/19 | K | | |
| 31. | | | | | Sold<br>(part) | 11/19/19 | K | | |
| 32. Glenmede Secured Options (GLSOX) | | None | | | Sold<br>(part) | 01/04/19 | K | | |
| 33. | | | | | Sold | 01/14/19 | K | | |
| 34. Goldman Sachs MLP Energy Infrastructure<br>Inst (GMLPX) | B | Dividend | K | T | Buy<br>(add'l) | 05/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 36. Riverpark Short Term High Yld Fd Instl CL (RPHIX) | B | Dividend | K | T | | | | | |
| 37. Robinson Tax Advantaged (ROBNX) | B | Dividend | K | T | Sold<br>(part) | 04/01/19 | K | | |
| 38. Schwab Govt Money Fund (SWGXX) | A | Dividend | N | T | Buy<br>(add'l) | 01/08/19 | M | | |
| 39. | | | | | Sold<br>(part) | 01/15/19 | L | | |
| 40. | | | | | Sold<br>(part) | 01/16/19 | K | | |
| 41. | | | | | Sold<br>(part) | 01/28/19 | J | | |
| 42. | | | | | Buy<br>(add'l) | 03/20/19 | K | | |
| 43. | | | | | Sold<br>(part) | 03/21/19 | K | | |
| 44. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 45. | | | | | Sold<br>(part) | 04/09/19 | J | | |
| 46. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 47. | | | | | Sold<br>(part) | 05/31/19 | J | | |
| 48. | | | | | Buy<br>(add'l) | 06/19/19 | K | | |
| 49. | | | | | Sold<br>(part) | 06/20/19 | K | | |
| 50. | | | | | Buy<br>(add'l) | 07/10/19 | J | | |
| 51. | | | | | Sold<br>(part) | 07/11/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 07/16/19 | J | | |
| 53. | | | | | Buy<br>(add'l) | 07/17/19 | L | | |
| 54. | | | | | Sold<br>(part) | 07/18/19 | L | | |
| 55. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 56. | | | | | Sold<br>(part) | 08/29/19 | J | | |
| 57. | | | | | Sold<br>(part) | 08/30/19 | J | | |
| 58. | | | | | Buy<br>(add'l) | 09/18/19 | J | | |
| 59. | | | | | Sold<br>(part) | 09/20/19 | J | | |
| 60. | | | | | Sold<br>(part) | 10/09/19 | J | | |
| 61. | | | | | Buy<br>(add'l) | 11/21/19 | N | | |
| 62. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 63. | | | | | Sold<br>(part) | 11/29/19 | J | | |
| 64. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 65. | | | | | Sold<br>(part) | 12/12/19 | J | | |
| 66. | | | | | Buy<br>(add'l) | 12/23/19 | J | | |
| 67. Stone Ridge All Asset Variance Risk Prem (AVRPX) | | None | | | Sold | 07/16/19 | L | | |
| 68. Stone Ridge Reinsurance Risk Prem Interval (SRRIX) | A | Dividend | | | Sold<br>(part) | 05/29/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/28/19 | J | | |
| 70. | | | | | Sold | 11/26/19 | J | | |
| 71. Stone Ridge Alt Lending (LENDX) | B | Dividend | J | T | Sold (part) | 03/19/19 | K | | |
| 72. | | | | | Sold (part) | 06/18/19 | J | | |
| 73. | | | | | Sold (part) | 09/17/19 | J | | |
| 74. | | | | | Sold (part) | 12/10/19 | J | | |
| 75. Voya Securitized Credit (VCFIX) | A | Dividend | K | T | Sold (part) | 01/04/19 | J | | |
| 76. CrossingBridge Low Dur (CBLDX) | A | Dividend | J | T | Buy | 09/19/19 | J | | |
| 77. Riverpark Floating Rate (RCRIX) | A | Dividend | K | T | Buy | 03/20/19 | K | | |
| 78. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 79. | | | | | Buy (add'l) | 12/11/19 | J | | |
| 80. | | | | | | | | | |
| 81. Wells Fargo Bank -- Cash Accounts | A | Interest | K | T | | | | | |
| 82. Capital One -- Cash Account (X) Not reported in 2016-2018 | A | Interest | J | T | | | | | |
| 83. | | | | | | | | | |
| 84. Brokerage Account #4 (Personal) (H) | | | | | | | | | |
| 85. TD Ameritrade -- FDIC Insured Deposit Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Dreyfus Nattural Resources Fund Cl A (DNLAX) | | None | | | Sold | 08/08/19 | J | | |
| 87. Van Eck Inernat'l Investors Gold Fd (INIYX) | A | Dividend | K | T | Buy (add'l) | 06/28/19 | J | | |
| 88. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 89. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 90. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 91. Caatalyst Alphacentric Income Opptys I (IOFIX) | A | Dividend | | | Sold | 04/01/19 | J | A | |
| 92. Advisors Inner Circle Intl Fund I (KGIIX) | A | Dividend | J | T | | | | | |
| 93. Catalyst Millburn Hedge Strtgy Fd Cl I (MBXIX) | A | Dividend | | | Sold (part) | 01/22/19 | J | A | |
| 94. | | | | | Sold | 08/02/19 | J | A | |
| 95. Pimco Commodities Plus Strat I (PCLIX) | A | Dividend | J | T | Buy (add'l) | 07/15/19 | J | | |
| 96. Northern Lights Altegris/AACA Oppt RE I (RAAIX) | A | Dividend | J | T | Buy (add'l) | 07/15/19 | J | | |
| 97. USA Mutuals Navigator Institutional (UNAVX) | B | Dividend | K | T | Buy (add'l) | 01/23/19 | J | | |
| 98. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 99. | | | | | Buy (add'l) | 07/22/19 | K | | |
| 100. Sharepost 100 Fund Single Class Fund (PRIVX) | | None | | | Sold (part) | 06/25/19 | J | A | |
| 101. | | | | | Sold | 09/25/19 | J | A | |
| 102. Sprott Physical Gold Trust Unit Common Stock | | None | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Carter Validus Mission Critical REIT Inc. Com | A | Distribution | J | T | | | | | |
| 104. Citigroup Global Mkts Holdings Inc., Velocity SHS (DLBR) | | None | J | T | Buy | 07/15/19 | J | | |
| 105. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 106. Doubleline Funds Shiller Enhanced Cape I (DSEEX) | A | Dividend | J | T | Buy | 08/05/19 | J | | |
| 107. Voya Funds Russia I (IIRFX) | A | Dividend | J | T | Buy | 07/22/19 | J | | |
| 108. Wasatch Funds Hoisington US Treasury Inv (WHOSX) | A | Dividend | K | T | Buy | 04/02/19 | J | | |
| 109. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 110. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 111. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 112. Macquarie Infrastructure Corp Com (MIC) | | None | | | Buy | 05/30/19 | J | | |
| 113. | | | | | Sold | 07/15/19 | J | A | |
| 114. DWS Emerging Mkts Fixed Inc I (SEKIX) | | None | | | Buy | 04/02/19 | J | | |
| 115. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 116. | | | | | Sold | 07/19/19 | J | | |
| 117. AT&T Inc. (T) | A | Distribution | | | Buy | 02/26/19 | J | | |
| 118. | | | | | Sold | 07/10/19 | J | A | |
| 119. Vodafone Group (VOD) | A | Distribution | | | Buy | 02/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold | 07/10/19 | J | | |
| 121. | | | | | | | | | |
| 122. Brokerage Account #5 (IRA) (H) | | | | | | | | | |
| 123. TD Ameritrade -- FDIC Insured Deposit Account (Y) | | | | | | | | | |
| 124. Van Eck FDS Intl Investors Gold Fund Y (INIYX) | B | Dividend | J | T | Buy (add'l) | 06/28/19 | J | | |
| 125. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 126. Catalyst Alphacentric Income Opportunities Cl I (IOFIX) | A | Dividend | | | Sold | 04/01/19 | J | | |
| 127. Mutual Fd Ser Trust Catalyst/Mullburn Hedge Strt I (MBXIX) | | None | | | Sold (part) | 01/22/19 | J | | |
| 128. | | | | | Sold | 08/02/19 | J | | |
| 129. Pimco Commodities Plus Strat I (PCLIX) | A | Dividend | J | T | | | | | |
| 130. Sharepost 100 Fund A (PRIVX) | | None | | | Sold (part) | 06/27/19 | J | | |
| 131. | | | | | Sold | 09/26/19 | J | | |
| 132. Doubleline Funds Shiller Enhanced Cape I (DSEEX) | A | Dividend | J | T | Buy | 08/05/19 | J | | |
| 133. USA Mutuals Navigator Inst (UNAVX) | A | Dividend | J | T | Buy | 01/23/19 | J | | |
| 134. Voya Funds Russia I (IIRFX) | A | Dividend | J | T | Buy | 07/22/19 | J | | |
| 135. Wasatch Funds Hoisington US Treasury Inv (WHOSX) | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 136. | | | | | Buy (add'l) | 06/28/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/19/2021 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | | | | | |
| 138. Pension Fund #2 (H) | | | | | | | | | |
| 139. Voya Intermediate Bond I (IICIX) | B | Dividend | L | T | Buy (add'l) | 04/22/19 | L | | |
| 140. Loomis Sayles Bond Instl (LSBDX) | B | Dividend | | | Sold | 04/05/19 | M | | |
| 141. Vanguard Morgan Growth Adm (VMRAX) | B | Dividend | | | Buy (add'l) | 01/29/19 | J | | |
| 142. | | | | | Sold | 04/05/19 | K | | |
| 143. Vanguard Mid Cap Val Idx Adm (VMVZX) | A | Dividend | K | T | Buy (add'l) | 01/29/19 | J | | |
| 144. | | | | | Sold (part) | 04/22/19 | J | | |
| 145. Hartford Midcap Y | A | Dividend | K | T | Sold (part) | 01/29/19 | K | | |
| 146. | | | | | Sold (part) | 04/22/19 | J | | |
| 147. Calvert Small Cap I (CSVIX) | A | Dividend | K | T | Sold (part) | 01/29/19 | K | | |
| 148. | | | | | Sold (part) | 04/22/19 | J | | |
| 149. T. Rowe Price Intl Discovery I (TIDDX) | A | Dividend | K | T | Sold (part) | 01/29/19 | K | | |
| 150. | | | | | Sold (part) | 04/22/19 | J | | |
| 151. Vanguard Sm Cap Grth Idx Adm | A | Dividend | K | T | Sold (part) | 01/29/19 | K | | |
| 152. | | | | | Sold (part) | 04/22/19 | J | | |
| 153. DFA Emerging Mrkts Core Eq I | A | Dividend | K | T | Buy (add'l) | 01/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fitzgerald, Michael W.** | 05/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 04/22/19 | J | | |
| 155.  Pimco Income Instl | C | Dividend | L | T | Buy | 04/15/19 | M | | |
| 156. | | | | | Sold<br>(part) | 04/22/19 | M | | |
| 157.  Calvert Income A | B | Dividend | L | T | Buy | 04/22/19 | L | | |
| 158.  Vanguard Equity Income Adm | C | Dividend | L | T | Buy | 01/29/19 | L | | |
| 159. | | | | | Sold<br>(part) | 04/22/19 | J | | |
| 160.  Vanguard US Growth Admiral | B | Dividend | K | T | Buy | 04/05/19 | K | | |
| 161. | | | | | Sold<br>(part) | 04/22/19 | J | | |
| 162. | | | | | | | | | |
| 163.  Brokerage Account #6 (Personal) (H) | | | | | | | | | |
| 164.  TD Ameritrade -- FDIC Insured Deposit<br>Account (Y) | | | | | | | | | |
| 165.  Activision Blizzard Inc Com (ATVI) | | None | | | Sold | 01/10/19 | J | | |
| 166.  Alphabet Inc Com Cl A (GOOGL) | | None | | | Buy<br>(add'l) | 05/20/19 | J | | |
| 167. | | | | | Sold | 05/22/19 | J | | |
| 168.  Amazon.com Inc Com (AMZN) | | None | | | Sold | 05/20/19 | J | | |
| 169.  Apple Inc Com (AAPL) | A | Dividend | | | Buy<br>(add'l) | 05/20/19 | J | | |
| 170. | | | | | Sold | 05/22/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Edwards Life Sciences Com (EW) | | None | | | Sold | 05/22/19 | J | | |
| 172.  Eli Lilly & Co Com (LLY) | A | Dividend | | | Sold | 05/22/19 | J | A | |
| 173.  Ericsson ADR Sponsored (ERIC) | A | Dividend | | | Buy<br>(add'l) | 05/20/19 | J | | |
| 174. | | | | | Sold | 05/22/19 | J | A | |
| 175.  Fleetcor Technologies Inc. Com (FLT) | | None | | | Sold | 05/22/19 | J | A | |
| 176.  Grubhub Inc Com (GRUB) | | None | | | Sold | 01/03/19 | J | | |
| 177.  IAC/InteractiveCorp Com (IAC) | | None | | | Sold | 05/22/19 | J | A | |
| 178.  Illumina Inc Com (ILMN) | | None | | | Sold | 04/25/19 | J | | |
| 179.  JP Morgan Chase & Co Com (JPM) | A | Dividend | | | Sold | 05/22/19 | J | | |
| 180.  Microsoft Corp Com (MSFT) | A | Dividend | | | Sold | 05/22/19 | J | A | |
| 181.  Netflix.com Inc Com (NFLX) | | None | | | Sold | 05/22/19 | J | | |
| 182.  Nvidia Corp Com (NVDA) | A | Dividend | | | Sold | 03/08/19 | J | | |
| 183.  Paypal Hldgs Inc Com (PYPL) | | None | | | Sold<br>(part) | 04/25/19 | J | A | |
| 184. | | | | | Sold | 05/20/19 | J | A | |
| 185.  PTC Inc Com (PTC) | | None | | | Sold | 03/14/19 | J | | |
| 186.  Salesforce.com Inc Com (CRM) | | None | | | Sold | 05/22/19 | J | | |
| 187.  Schwab Charles Corp Com (SCHW) | A | Dividend | | | Buy<br>(add'l) | 05/20/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold | 05/22/19 | J | | |
| 189. Service Now Inc Com (NOW) | | None | | | Sold<br>(part) | 04/25/19 | J | A | |
| 190. | | | | | Sold | 05/22/19 | J | A | |
| 191. Tesla Inc Com (TSLA) | | None | | | Sold | 03/21/19 | J | | |
| 192. Twitter Inc Com (TWTR) | | None | | | Sold | 02/14/19 | J | | |
| 193. Union Pac Corp Com (UNP) | A | Dividend | | | Sold | 05/20/19 | J | A | |
| 194. Unitedhealth Group Inc Com (UNH) | A | Dividend | | | Sold | 05/20/19 | J | | |
| 195. Veeva Systems Inc Com Cl A (VEEV) | | None | | | Sold<br>(part) | 05/13/19 | J | A | |
| 196. | | | | | Buy<br>(add'l) | 05/20/19 | J | | |
| 197. | | | | | Sold | 05/22/19 | J | A | |
| 198. Verisk Analytics Com (VRSK) | A | Dividend | | | Sold | 05/22/19 | J | A | |
| 199. Verizon Communications Com (VZ) | A | Dividend | | | Sold<br>(part) | 01/03/19 | J | A | |
| 200. | | | | | Sold | 05/20/19 | J | A | |
| 201. Vertex Pharmaceuticals Inc Com (VRTX) | | None | | | Sold | 05/22/19 | J | | |
| 202. Walt Disney Co Com (DIS) | A | Dividend | | | Sold<br>(part) | 02/07/19 | J | | |
| 203. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 204. | | | | | Sold | 05/20/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  Workday Inc Com Cl A (WDAY) | | None | | | Buy<br>(add'l) | 05/20/19 | J | | |
| 206. | | | | | Sold | 05/22/19 | J | A | |
| 207.  Arista Networks Inc Com (ANET) | | None | | | Buy | 03/14/19 | J | | |
| 208. | | | | | Buy<br>(add'l) | 05/20/19 | J | | |
| 209. | | | | | Sold | 05/22/19 | J | | |
| 210.  American Tower Corp Com (AMT) | A | Dividend | | | Buy | 03/21/19 | J | | |
| 211. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 212. | | | | | Sold | 05/22/19 | J | A | |
| 213.  Alibaba Group Holding Ltd (BABA) | | None | | | Buy | 05/03/19 | J | | |
| 214. | | | | | Buy<br>(add'l) | 05/20/19 | J | | |
| 215. | | | | | Sold | 05/22/19 | J | | |
| 216.  Broadcom Inc (AVGO) | A | Dividend | | | Buy | 01/03/19 | J | | |
| 217. | | | | | Buy<br>(add'l) | 05/20/19 | J | | |
| 218. | | | | | Sold | 05/22/19 | J | A | |
| 219.  HCA Healthcare (HCA) | A | Dividend | | | Buy | 01/10/19 | J | | |
| 220. | | | | | Buy<br>(add'l) | 05/20/19 | J | | |
| 221. | | | | | Sold | 05/22/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Hilton Worldwide Holdings (HLT) | A | Dividend | | | Buy | 05/13/19 | J | | |
| 223. | | | | | Sold | 05/20/19 | J | A | |
| 224. Shopify Inc. (SHOP) | | None | | | Buy | 03/08/19 | J | | |
| 225. | | | | | Sold | 05/13/19 | J | A | |
| 226. Square Inc (SQ) | | None | | | Buy | 02/07/19 | J | | |
| 227. | | | | | Sold | 05/03/19 | J | | |
| 228. | | | | | | | | | |
| 229. Transdigm Group Inc (TDG) | | None | | | Buy | 02/14/19 | J | | |
| 230. | | | | | Buy (add'l) | 05/20/19 | J | | |
| 231. | | | | | Sold | 05/22/19 | J | A | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/19/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Fitzgerald, Michael W.** | 05/19/2021 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael W. Fitzgerald**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544